IN THE UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| HUCK CONSTRUCTION & DEVELOPMENT CORP INC | : | CASE NO: 26-21478-JRS |
| Debtor | : | |

**MOTION OF THE DEBTOR FOR**
**EXPEDITED HEARING ON CASH COLLATERAL**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") files this Emergency Motion for an expedited hearing on Motion for Cash Collateral (defined below) pursuant to Rule 9006-2, Bankruptcy Local Rules for the Northern District of Georgia, respectfully showing the Court as follows:

1. On September 11, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since the filing, the Debtor has continued in possession of its property and has operated and managed its affairs as debtor-in-possession pursuant to the provisions of §§ 1107 and 1108 of the Bankruptcy Code. No creditors' committee, trustee, or examiner has been appointed in this case.

2. On September 11, 2026, the Debtor filed an Emergency Motion for Cash Collateral [Doc. 3] (the "**Cash Collateral Motion**" )

3. The Cash Collateral Motion should be heard on an expedited basis to use cash collateral to pay expenses in the ordinary course of business.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order scheduling a hearing on the Cash Collateral Motion at its earliest opportunity and grant such other relief as is just and proper.

This 11th day of September 2026.

*/s/IAN M. FALCONE*
Ian M. Falcone
Georgia Bar No. 254470
Attorney for Debtor

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com