**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| HUCK CONSTRUCTION & DEVELOPMENT CORP INC | : | CASE NO: 26-21478-JRS |
| Debtor | : | CHAPTER 11 |

AMENDMENT to SCHEDULES

COMES NOW the Debtor in the above-styled Chapter 11 Case, and files these "Amendments to Schedules" and shows as follows:

1. By amending Schedule D to add the following secured creditors:

Creditor: Ct Corp, as representative
ATTN: SPRS
330 n. Brand Blvd, Ste 700
Glendale, CA 91203
Security: UCC-1 (007-2024-004828)
Amount: $unknown
Disputed

Creditor: Libertas Funding LLC
411 W. Putman Ave, Ste 220
Greenwich, CT 06830
Security: UCC-1 (007-2025-040672)
Amount: $unknown
Disputed

Creditor: Libertas Funding LLC
411 W. Putman Ave, Ste 220
Greenwich, CT 06830
Security: UCC-1 (007-2025-048752)
Amount: $unknown
Disputed

2. By amending Schedule E/F to add the following unsecured non-priority creditors:

| | |
|---|---|
| Creditor: | Amanda Roberts<br>326 Canton Road, Unit 511<br>Cumming, GA 30040 |
| Consideration: | Loan |
| Amount: | $12,000.00 |

| | |
|---|---|
| Creditor: | Don Beckwith<br>Diversified Designs & Finishes<br>4917 Day Lily Way NW<br>Acworth, GA 30102 |
| Consideration: | Vendor Services |
| Amount: | $80,000.00<br>Disputed |

| | |
|---|---|
| Creditor: | Tommy Bennett<br>dba Curb Appeal of Georgia<br>4335 Highway 53, Ste 103<br>Hoschton, GA 30548 |
| Consideration: | Vendor Services |
| Amount: | $20,684.86<br>Disputed, Contingent, unliquidated |

3. By amending Schedule H to add the following Co-debtor:

| | |
|---|---|
| Co-Debtor: | Sniya Enterprises<br>3501 Salem Rd<br>Covington, GA 30016 |
| Creditor: | Tommy Bennett dba Curb Appeal of Georgia |

4. Debtor hereby amends Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data by submitting the attached schedules to reflect the changes.

**WHEREFORE,** Debtor prays:

(a) The above amendment to the schedules be approved;

(b) Such other and further relief as is just and proper.

**Dated:** 11/4/26

Respectfully submitted,

By: /s/

Ian M. Falcone
GA Bar No. 254470
Attorney for Debtor

The Falcone Law Firm, PC
363 Lawrence St.
Marietta, GA 30060
(770 426-9359
imf@falconefirm.com

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

The undersigned Debtor states under penalty of perjury that the facts contained in the foregoing AMENDMENT are true and correct to the best of his information and belief.

/s/ John R Roberts

Huck Construction & Development Corp Inc
By: John Roberts

**Fill in this information to identify the case:**

Debtor name Huck Construction & Development Corp Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 2:26-bk-21478

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* Schedules D, E/F, H
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2026

X /s/ John Roberts
Signature of individual signing on behalf of debtor

John Roberts
Printed name

CEO
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name Huck Construction & Development Corp Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 2:26-bk-21478

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Clear Choice Heat & Air<br>73 Enterprise Dr.<br>Pendergrass, GA 30567 | | Trade debt | Contingent<br>Unliquidated | | | $92,627.28 |
| B-Power Solutions<br>PO Box 192<br>Lutz, FL 33548 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $65,321.28 |
| Basic Concrete Ready Mix<br>PO Box 1357<br>Calhoun, GA 30703 | | Trade debt | Unliquidated<br>Disputed | | | $261,335.74 |
| Burt Steel Inc<br>920 N Decatur Street<br>Montgomery, AL 36104 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $137,652.76 |
| C & C Asphalt Sealing & Striping Inc<br>5489 Hwy 79 S<br>Guntersville, AL 35976 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $141,646.50 |
| CH&F Construction Service LLC<br>2184 Poinciana Terrace<br>Clearwater, FL 33760 | | Trade debt | Contingent<br>Unliquidated | | | $103,261.89 |
| Don Beckwith Diversified Designs & Finishes<br>4917 Day Lily Way NW<br>Acworth, GA 30102 | | Vendor Services | Disputed | | | $80,000.00 |
| EPI/Motivated Electrical Contractors<br>1041 Hwy 52<br>Alabaster, AL 35080 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $117,186.30 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Huck Construction & Development Corp Inc
Name

Case number *(if known)* 2:26-bk-21478

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gail Dorris<br>2095 Wilkie Rd<br>Alpharetta, GA 30004 | | reimbursement for business expenses | | | | $110,000.00 |
| Genesis 13 Electrical<br>8721 Edenton Way<br>Jonesboro, GA 30238 | | Trade debt | Contingent | | | $113,745.10 |
| Gilchrist Electrical Services LLC<br>1010 Taylor Road<br>Glencoe, AL 35905 | | Trade debt | Unliquidated<br>Disputed | | | $57,689.00 |
| High Power Electric<br>3778 Canton Road<br>Suite 200<br>Marietta, GA 30066 | | Trade debt | Unliquidated<br>Disputed | | | $56,658.80 |
| M & M Glass<br>2741 Bountiful Place<br>Lawrenceville, GA 30045 | | Trade debt | Contingent | | | $56,625.00 |
| Macon E Gooch III Building Consultants<br>1383 Duncan Lane<br>Auburn, GA 30011 | | Trade debt | Disputed | | | $94,070.25 |
| Meredith Environmental Inc<br>3296 Cahaba Heights Rd<br>Birmingham, AL 35243 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $152,801.80 |
| Poe Plumbing LLC<br>2023 Park Place Dr<br>Moody, AL 35004 | | Trade debt | Contingent | | | $94,375.00 |
| R Cobb Construction LLC<br>971 Virginia Ave, STe D<br>Palm Harbor, FL 34683 | | Trade debt | Contingent<br>Disputed | | | $122,035.00 |
| Ridgeland Construction & Remodeling LLC<br>301 Hamilton Ave, Ste 5<br>Bremen, GA 30110 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $220,774.00 |
| Universal Roofing and Construction LLC<br>4226 Hamilton Rd<br>Buford, GA 30519 | | Trade debt | Contingent<br>Unliquidated | | | $74,152.80 |
| Willcan Inc dba Basic Ready Mix<br>33 Riverside Dr SE<br>Rome, GA 30161 | | Trade debt | Unliquidated<br>Disputed | | | $227,169.03 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Huck Construction & Development Corp Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 2:26-bk-21478

☒ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ 121,965.11 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ 121,965.11 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*. | $ 95,699.64 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ 111,058.14 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ 4,093,943.69 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 4,300,701.47 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Huck Construction & Development Corp Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 2:26-bk-21478

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Citizens Bank of Georgia**

Creditor's Name
Attn: CEO
651 Veterans Memorial Blvd
Cumming, GA 30040
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2019 Ford F250 King Ranch Fair condition-170,000 miles-

**Describe the lien**
Line of Credit

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $50,000.00
Column B: $35,000.00

**2.2 CT Corp, as representative**

Creditor's Name
ATTN:SPRS
330 N. Brand Blvd, ste 700
Glendale, CA 91203
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2.3.2025

**Last 4 digits of account number**
4828

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: Unknown
Column B: $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **2.3** Headway Capital LLC<br>Creditor's Name<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>2021<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,350.52 | $0.00 |
| **2.4** Libertas Funding LLC<br>Creditor's Name<br>411 W. Putnam Ave, Ste 220<br>Greenwich, CT 06830<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>9.2.2025<br>**Last 4 digits of account number**<br>0672<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown | $0.00 |
| **2.5** Libertas Funding LLC<br>Creditor's Name<br>411 W. Putnam Ave, Ste 220<br>Greenwich, CT 06830<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>10.21.2025<br>**Last 4 digits of account number**<br>8752<br>**Do multiple creditors have an interest in the same property?**<br>☒ No | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | Unknown | $0.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

---

**2.6** Retail Capital LLC
Creditor's Name
dba Credibly
25200 Telegraph Rd #350
Southfield, MI 48033
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5.15.2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** — $0.00 — $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.7** Square Advance
Creditor's Name
7901 4th St N
Ste 300
Saint Petersburg, FL 33702
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** — $20,349.12 — $36,617.63
Accounts receivable $1,092,721.26$36,617.63 is only amount that may be collectable even though over 90 days

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $95,699.64

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Headway Capital LLC<br>4700 W Daybreak Pkwy<br>Suite 200<br>South Jordan, UT 84009 | Line 2.3 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Huck Construction & Development Corp Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 2:26-bk-21478

☒ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alejandro Lopez-Orozco<br>1371 CR 403<br>Stephenville, TX 76401<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>wages<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,250.00 | $1,250.00 |
| 2.2 | Priority creditor's name and mailing address<br>Amanda Roberts<br>326 Canton Road<br>Unit 511<br>Cumming, GA 30040<br><br>Date or dates debt was incurred<br>8 weeks of missed pre-petition wages-does not account for post petition payments<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>wages<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $8,000.00 | $8,000.00 |
| 2.3 | Priority creditor's name and mailing address<br>Georgia Department of Revenue<br>Bankruptcy<br>2595 Century Pkwy NE<br>Ste 339<br>Atlanta, GA 30345<br><br>Date or dates debt was incurred<br>2024<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Tax debt<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $9,718.00 | $9,718.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.4 Priority creditor's name and mailing address
Georgia Department of Revenue
2595 Century Parkway NE, Ste 339
Atlanta, GA 30345

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,579.66 $22,579.66

Date or dates debt was incurred

Basis for the claim:
payroll tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5 Priority creditor's name and mailing address
Imani Heslop
2925 Buford Dr Apt 1414
Buford, GA 30519-5543

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,925.00 $1,925.00

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.6 Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,591.00 $11,591.00

Date or dates debt was incurred
2024

Basis for the claim:
Tax debt

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.7 Priority creditor's name and mailing address
John Roberts
6230 Polo Club Drive
Cumming, GA 30040

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,923.64 $36,923.64

Date or dates debt was incurred
12 weeks of missed wages-does not account for post-petition payments

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.8 Priority creditor's name and mailing address
Joshua Voskamp
850 Riverstone Ln
Woodstock, GA 30188-2964

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,238.00 $2,238.00

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.9 Priority creditor's name and mailing address
Lisa Roberts
6230 Polo Club Drive
Cumming, GA 30040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,230.76 $9,230.76

Date or dates debt was incurred
12 weeks of pre-petition wages- does not account for post petition payments

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.10 Priority creditor's name and mailing address
Michael W. Morgan
7423 Elliott Family Pkwy
Dawsonville, GA 30534-1751

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,954.00 $1,954.00

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.11 Priority creditor's name and mailing address
Mike Pain
3935 Agard Street Cumming
Cumming, GA 30040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,623.08 $2,623.08

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.12 Priority creditor's name and mailing address
Sebastian Benitez
100 Legends Dr Apt 1207
Canton, GA 30114-1112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,175.00 $2,175.00

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

2.13 Priority creditor's name and mailing address
Shelby Voskamp
850 Riverstone Ln
Woodstock, GA 30188-2964

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$850.00 $850.00

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
1 Clear Choice Heat & Air
73 Enterprise Dr.
Pendergrass, GA 30567

**As of the petition filing date, the claim is:** *Check all that apply.* $92,627.28
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5.20.25 - 12.20.25
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
ABG Caulking Contractors
PO Box 544
Goodlettsville, TN 37070-0544

**As of the petition filing date, the claim is:** *Check all that apply.* $2,500.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/25
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
Accurate Pest Control
1020 S. State Road 7
Plantation, FL 33317

**As of the petition filing date, the claim is:** *Check all that apply.* $1,039.18
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/25
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Affordable Roofing Systems
9511 North Trask Street
Tampa, FL 33624

**As of the petition filing date, the claim is:** *Check all that apply.* $5,085.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/25
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Air Mechanical<br>5140 Carson Court<br>Buford, GA 30518<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** critical vendor/trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $18,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>All Protection<br>245 Mathews School Road<br>Winder, GA 30680<br>**Date(s) debt was incurred** 2/26<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,003.25 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Allsouth Painting<br>1726 Hazelwood Drive<br>Suite B<br>Marietta, GA 30067<br>**Date(s) debt was incurred** 12/25<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $55,875.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Almaraz Concrete Servuices LLC<br>3215 Reynolds Road<br>Bartow, FL 33830<br>**Date(s) debt was incurred** 5/25<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $9,828.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Amanda Roberts<br>326 Canton Road<br>Unit 511<br>Cumming, GA 30040<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Money loaned<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,000.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO Box 981535<br>El Paso, TX 79998-1535<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1013 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit card purchases<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,207.77 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Arcel Cooling<br>8566 95th Ave<br>Seminole, FL 33777<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** critical vendor/trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $23,490.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>ASA Fire Protection<br>1121 Grassdale Rod NW<br>Cartersville, GA 30121<br>**Date(s) debt was incurred** 10/23<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,520.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.13 **Nonpriority creditor's name and mailing address**
Automatic Sprinkler Corp
6145 Lollis Creek Rd
Flowery Branch, GA 30542
**Date(s) debt was incurred** 11/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $39,510.00
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.14 **Nonpriority creditor's name and mailing address**
B & S Erection Inc
920 North Decatur Street
Montgomery, AL 36104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $36,796.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.15 **Nonpriority creditor's name and mailing address**
B-Power Solutions
PO Box 192
Lutz, FL 33548
**Date(s) debt was incurred** 1/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $65,321.28
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.16 **Nonpriority creditor's name and mailing address**
BadAss Concrete
6849 Peachtree Dunwoody Road
Suite 100
Atlanta, GA 30328
**Date(s) debt was incurred** 12/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $23,880.60
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.17 **Nonpriority creditor's name and mailing address**
Basic Concrete Ready Mix
PO Box 1357
Calhoun, GA 30703
**Date(s) debt was incurred** 9/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $261,335.74
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.18 **Nonpriority creditor's name and mailing address**
Bautista Drywall Inc.
3685 Claude Brewer Rd
Loganville, GA 30052
**Date(s) debt was incurred** 9/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.19 **Nonpriority creditor's name and mailing address**
BDS Landscaping
PO Box 1165
Rome, GA 30162
**Date(s) debt was incurred** 12/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $13,489.87
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**
Bella Plumbing
17430 Cedarwood Loop
Lutz, FL 33558
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $41,485.50
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.21** **Nonpriority creditor's name and mailing address**
Berger Windows & Doors
3660 NW 126th Ave #12
Coral Springs, FL 33065
**Date(s) debt was incurred** 8/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $2,250.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
Blu Site Solutions Inc.
312 Main Street
Garden City, GA 31405
**Date(s) debt was incurred** 3/21
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $176.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
BR Roll Offs
803 Tramore Street
Acworth, GA 30102
**Date(s) debt was incurred** 3/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $4,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
Burt Steel Inc
920 N Decatur Street
Montgomery, AL 36104
**Date(s) debt was incurred** 8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $137,652.76
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
C & C Asphalt Sealing & Striping Inc
5489 Hwy 79 S
Guntersville, AL 35976
**Date(s) debt was incurred** 12/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $141,646.50
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
CapMen LLC
4824 N. Hale Ave
Tampa, FL 33614
**Date(s) debt was incurred** 6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $4,800.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Carpets by Dennis Inc
dba Arnold Flooring
1525 White Circle
Marietta, GA 30060
**Date(s) debt was incurred** 12/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $25,562.09
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Carter Lumber
601 Tallmadge Rd
Kent, OH 44240
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* — $19,080.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.29** **Nonpriority creditor's name and mailing address**
CH&F Construction Service LLC
2184 Poinciana Terrace
Clearwater, FL 33760
**Date(s) debt was incurred** 12/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,261.89
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
Chase Credit Card
PO Box 6294
Carol Stream, IL 60197
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1421

**As of the petition filing date, the claim is:** *Check all that apply.* $6,001.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☒ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
City of Buford
2300 Buford Highway
Buford, GA 30518
**Date(s) debt was incurred** 6/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,345.34
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
City of Rome Water Department
PO Box 1711
Rome, GA 30162
**Date(s) debt was incurred** 3/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,047.23
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utilities
Is the claim subject to offset? ☒ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
City of Winder
138 Sweetwater Trail
Winder, GA 30680
**Date(s) debt was incurred** 7/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $768.08
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
ClearVue Glass and Mirror
1990 Delk Industrial Blvd #102
Marietta, GA 30067
**Date(s) debt was incurred** 9/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
CMC Landscapes
7163B Washington Street SW
Covington, GA 30014
**Date(s) debt was incurred** 9/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,692.10
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
Comcast
1701 JFK Blvd
Philadelphia, PA 19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.37 **Nonpriority creditor's name and mailing address**
Consolidated Electrical Distributors Inc
dba Raybro Electric Supplies
5550 W. Idlewild Ave #113
Tampa, FL 33634

**As of the petition filing date, the claim is:** *Check all that apply.* $13,526.00

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 4.16.2025
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.38 **Nonpriority creditor's name and mailing address**
Coweta-Fayette EMC
103 Summer Road
Fayetteville, GA 30214

**As of the petition filing date, the claim is:** *Check all that apply.* $2,668.16

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/24
**Basis for the claim:** Utility
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.39 **Nonpriority creditor's name and mailing address**
CP-Rankin Roofing Experts
4359 County Line Road
Chalfont, PA 18914

**As of the petition filing date, the claim is:** *Check all that apply.* $1,044.33

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/26
**Basis for the claim:** critical vendor/trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.40 **Nonpriority creditor's name and mailing address**
Cuda LLC
78 Dawson Village Way N
Suite 140-157
Dawsonville, GA 30534

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 11/23
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.41 **Nonpriority creditor's name and mailing address**
Dave Conkright
4346 Richmond Place
Acworth, GA 30101

**As of the petition filing date, the claim is:** *Check all that apply.* $3,240.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/25
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
DCBC LLC
816 Norwalk Cv
Lawrenceville, GA 30043

**As of the petition filing date, the claim is:** *Check all that apply.* $47,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/24
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.43 **Nonpriority creditor's name and mailing address**
DeBore Brothers
PO Box 272698
Tampa, FL 33688-2698

**As of the petition filing date, the claim is:** *Check all that apply.* $668.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** critical vendor/trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
Discount Waste
3595 Engineering Drive
Peachtree Corners, GA 30092

**As of the petition filing date, the claim is:** *Check all that apply.* $2,654.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/23
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.45** **Nonpriority creditor's name and mailing address**
Don Beckwith
Diversified Designs & Finishes
4917 Day Lily Way NW
Acworth, GA 30102
**Date(s) debt was incurred** 6.2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $80,000.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Vendor Services
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
Double D Roll Off Services
1995 Dr Bramblett Rd
Cumming, GA 30028
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $590.70
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
DSL Electric
1159 Reading Dr NW
Acworth, GA 30102
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $37,170.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
Duke Energy
PO Box 70516
Charlotte, NC 28272
**Date(s) debt was incurred** 5/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,475.37
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
E & I Mechanical
3175 Keeport Drive
Spring Hill, FL 34609
**Date(s) debt was incurred** 10/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
Earthcore
6899 Phillips Industrial Blvd
Jacksonville, FL 32256
**Date(s) debt was incurred** 8/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,000.00
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
Elite Dumpsters LLC
190 JOhn. Davenport Drive
Rome, GA 30161
**Date(s) debt was incurred** 2/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,401.75
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
Engineered Solutions of Georgia
4500 Highlands Prky
Smyrna, GA 30082
**Date(s) debt was incurred** 11/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,470.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.53 **Nonpriority creditor's name and mailing address**
EPI/Motivated Electrical Contractors
1041 Hwy 52
Alabaster, AL 35080
**Date(s) debt was incurred** 11/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $117,186.30
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**
Equipment Share
2039 Fulton Springs RD
Alabaster, AL 35007
**Date(s) debt was incurred** 11/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,687.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.55 **Nonpriority creditor's name and mailing address**
Everest Business Funding
102 W. 38th Street
6th Floor
New York, NY 10018
**Date(s) debt was incurred** 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.56 **Nonpriority creditor's name and mailing address**
Everon
3980 Dekalb Technology Pkwy
Atlanta, GA 30340
**Date(s) debt was incurred** 1/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $46,575.00
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.57 **Nonpriority creditor's name and mailing address**
Floaters Portable Sanitation
1509 Faye Road
Jacksonville, FL 32218
**Date(s) debt was incurred** 5/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $223.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**
Gail Dorris
2095 Wilkie Rd
Alpharetta, GA 30004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $110,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursement for business expenses
Is the claim subject to offset? ☒ No ☐ Yes

---

3.59 **Nonpriority creditor's name and mailing address**
Gas South
788 Circle 75 Pkwy
Atlanta, GA 30339
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $900.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ☒ No ☐ Yes

---

3.60 **Nonpriority creditor's name and mailing address**
Gator Cleaning
11503 Prosperous Drive
Odessa, FL 33556
**Date(s) debt was incurred** 11/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,357.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.61** **Nonpriority creditor's name and mailing address**
Genesis 13 Electrical
8721 Edenton Way
Jonesboro, GA 30238
**Date(s) debt was incurred** 1/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $113,745.10
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
Geo Hydro Engineers
2748 Interstate St
Suite A
Charlotte, NC 28202
**Date(s) debt was incurred** 4/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,861.20
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
GFL Envionmental
155 Story Road
Warner Robins, GA 31093
**Date(s) debt was incurred** 1/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,019.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
Gilchrist Electrical Services LLC
1010 Taylor Road
Glencoe, AL 35905
**Date(s) debt was incurred** 1/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $57,689.00
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
Golden Eagle Fence Co
1510 South MacDill Ave
Tampa, FL 33629
**Date(s) debt was incurred** 5/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,897.00
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
Good Ground Contracting
505 Tomochichi Road
Griffin, GA 30223
**Date(s) debt was incurred** 5/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
GTO Masonry and Stone
1213 Peach Street
Apopka, FL 32703
**Date(s) debt was incurred** 12/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,950.00
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
Guardian Fence and Gate
5220 West Beaver Street
Jacksonville, FL 32254
**Date(s) debt was incurred** 5/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,608.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.69 Nonpriority creditor's name and mailing address**
Hazel Construction
13 Briar Rose
Beaufort, SC 29906

**Date(s) debt was incurred** 7/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70 Nonpriority creditor's name and mailing address**
HB Next
1255 Lakes Parkway
Suit 385
Lawrenceville, GA 30043

**Date(s) debt was incurred** 10/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,500.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71 Nonpriority creditor's name and mailing address**
Herc Rental
PO Box 936257
Atlanta, GA 31193

**Date(s) debt was incurred** 11/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $21,134.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72 Nonpriority creditor's name and mailing address**
High Power Electric
3778 Canton Road
Suite 200
Marietta, GA 30066

**Date(s) debt was incurred** 8/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $56,658.80

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73 Nonpriority creditor's name and mailing address**
Home Depot Credit Card
PO Box 790340
Saint Louis, MO 63179

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4236

**As of the petition filing date, the claim is:** *Check all that apply.* $20,921.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74 Nonpriority creditor's name and mailing address**
Hunstville Drywall & Acoustical LLC
600 Blvd South SW
Suite 104
Huntsville, AL 35802

**Date(s) debt was incurred** 1/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,261.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75 Nonpriority creditor's name and mailing address**
IEG Disposal
2920 Marietta Hwy
Suite 104
Canton, GA 30114

**Date(s) debt was incurred** 9/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $54.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trad
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

**3.76** **Nonpriority creditor's name and mailing address**
IMCV Construction
3780 Old Norcross Road
Suite 103-194
Duluth, GA 30096
**Date(s) debt was incurred** 8/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**
InPro Corporation
S 80 W 18766 Apollo Drive
Muskego, WI 53150
**Date(s) debt was incurred** 11/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,324.18
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**
Interior Buildout
9852 Lychee Loop
Riverview, FL 33569
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,020.50
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
iTrust Home Solutions
3535 Trotter Drive
Alpharetta, GA 30004
**Date(s) debt was incurred** 5/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**
JMS Electrical Contracting
124 Wheeler Cemetary Rd
Clyo, GA 31303
**Date(s) debt was incurred** 7/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply* $0.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**
John Roberts
2095 Wilkie Rd
Alpharetta, GA 30004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursement for personal credit card used for business
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**
Judy Moore
182 McCullough Road
Stockbridge, GA 30281
**Date(s) debt was incurred** 1/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,496.12
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**
JYC Construction Inc
PO Box 3626
Deland, FL 32721
**Date(s) debt was incurred** 12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,244.92
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Huck Construction & Development Corp Inc Case number (if known) 2:26-bk-21478
Name

**3.84** **Nonpriority creditor's name and mailing address**
Khays Services
1700 Cumberland Drive
Suite 21
Marietta, GA 30060
**Date(s) debt was incurred** 8/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15,813.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**
Kirkpatrick Concrete Inc
2000A Southbridge Parkway #610
Birmingham, AL 35209
**Date(s) debt was incurred** 9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $24,928.20
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**
LDI Printing and Signs Tampa
3910 US Highway 301 N
Suite 250
Tampa, FL 33619
**Date(s) debt was incurred** 4/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**
Lean Site Services
24 East Minden Street
Jefferson, GA 30549
**Date(s) debt was incurred** 1/24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**
Legacy Paving Inc
90 F Glenda Trace, Ste 211
Newnan, GA 30265
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**
M & M Glass
2741 Bountiful Place
Lawrenceville, GA 30045
**Date(s) debt was incurred** 9/25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $56,625.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**
Macon E Gooch III Building Consultants
1383 Duncan Lane
Auburn, GA 30011
**Date(s) debt was incurred** 2/22
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $94,070.25
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**
Martin-Robbins Fence Co
2025 Westside Ct.
Snellville, GA 30078
**Date(s) debt was incurred** 7/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,603.00
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.92 **Nonpriority creditor's name and mailing address**
Matter Surfaces
179 Campanelli Pkwy
Stoughton, MA 02072
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,891.83
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
Mavis Discount Tire
258 Saw Mill River Road
Millwood, NY 10546
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
Mavis Tire Supply
100 Hillside Ave
White Plains, NY 10603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
McMichael Waste Services LLC
PO Box 8514
Gadsden, AL 35902
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,831.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
Merbaum Law Group
5755 Northpoint Pkwy
Suite 284
Alpharetta, GA 30022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,300.00
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** legal services
Is the claim subject to offset? ☒ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
Meredith Environmental Inc
3296 Cahaba Heights Rd
Birmingham, AL 35243
**Date(s) debt was incurred** 7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $152,801.80
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
Mid State Roofing Inc
205 Oak Drive
Lexington, SC 29073
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,749.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
Mills Law Group
2509 W Gardner Ct
Tampa, FL 33611
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,297.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** legal services
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.100 **Nonpriority creditor's name and mailing address**
Mission Construction
1691 Meriweather Dr
Suite 111
Watkinsville, GA 30677
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.101 **Nonpriority creditor's name and mailing address**
MM Company
3300 Hamilton Mill Rd
Ste 102-126
Buford, GA 30519
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,800.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.102 **Nonpriority creditor's name and mailing address**
North Georgia Brick Co Inc
2405 Oak Street West
Cumming, GA 30041
**Date(s) debt was incurred** 11.21.2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,017.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.103 **Nonpriority creditor's name and mailing address**
Out Door Living
PO Box 22839
New York, NY 10087-2839
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,805.38
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.104 **Nonpriority creditor's name and mailing address**
Ox Blue
PO Box 749630
Atlanta, GA 30374
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,251.76
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.105 **Nonpriority creditor's name and mailing address**
Pasco County Utilities
19420 Central Blvd
Land O Lakes, FL 34637
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ☒ No ☐ Yes

---

3.106 **Nonpriority creditor's name and mailing address**
Pasco Ready Mix LLC
PO Box 15072
Brooksville, FL 34604
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,557.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.107 **Nonpriority creditor's name and mailing address**
Paverscape
2430 Ridgemoor Dr
Orlando, FL 32828
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $51,561.00
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Huck Construction & Development Corp Inc
Name
Case number (if known) 2:26-bk-21478

**3.108** **Nonpriority creditor's name and mailing address**
Picture Perfect
2975 Elder Ct
Gastonia, NC 28054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.109** **Nonpriority creditor's name and mailing address**
Place Services Incorporated
4401 Gabriel Blvd, Ste 201
Woodstock, GA 30188
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,000.00
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**
Poe Plumbing LLC
2023 Park Place Dr
Moody, AL 35004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $94,375.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.111** **Nonpriority creditor's name and mailing address**
Port-O-Poty Inc
10120 Scenic Drive
Port Richey, FL 34668
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $417.30
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**
Portable Services, Inc
1831 Old Savannah Rd
Augusta, GA 30901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.113** **Nonpriority creditor's name and mailing address**
Prime Paving Contractors Inc
4575 S. Berkeley Lake Rd NW
Norcross, GA 30071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,000.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.114** **Nonpriority creditor's name and mailing address**
Prime Waste
2209 Rowland Ave
Suite 2
Savannah, GA 31404
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**
Professional Land Surveyors
317 Grassdale Rd
Cartersville, GA 30120
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,495.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.116** **Nonpriority creditor's name and mailing address**
Property Doctors
186 Best Drive
Athens, GA 30606
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,220.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.117** **Nonpriority creditor's name and mailing address**
Prosperity at the Arbor Guest House
48 Chateau Dr SE
Rome, GA 30161
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**
PTR Group, LLC
280 Merchants Dr #1488
Dallas, GA 30132
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $46,755.00
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
R & D Caulking
78 Dawson Village Way N
Suite 140-198
Dawsonville, GA 30534
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15,060.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
R Cobb Construction LLC
971 Virginia Ave, STe D
Palm Harbor, FL 34683
**Date(s) debt was incurred** 1.23.2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $122,035.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**
R.A Lippitt & Sons Inc
2280 Justin Trail #D
Alpharetta, GA 30004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,510.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**
Real Security Monitoring LLC
1300 Ridenour Blvd 100
Kennesaw, GA 30152
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,832.93
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
RFT Properties Buford, LLC
2870 Peachtree Rd., #982
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.124** **Nonpriority creditor's name and mailing address**
Ricks Glass Company, Inc.
909 Wheaton Street
Savannah, GA 31401
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,370.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**
Ridgeland Construction & Remodeling LLC
301 Hamilton Ave, Ste 5
Bremen, GA 30110
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $220,774.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**
River City Painting
6304 Morse Oaks Circle
Jacksonville, FL 32244
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** **Nonpriority creditor's name and mailing address**
Rivers Edge Water Jet
12795 GA Hwy 34
Franklin, GA 30217
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $13,910.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**
RJ Childers Contracting Inc
84 Wansley Dr
Cartersville, GA 30121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,878.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**
Roberts Environmental Inc
2761 Alpine Rd
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,675.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**
Rockett Mechanical Co
PO Box 907423
Gainesville, GA 30501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $30,780.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**
Rogers-Graham & Co.
555 Forest Lake Drive
Altamonte Springs, FL 32714
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,440.00
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.132 Nonpriority creditor's name and mailing address**
Rue Quality Systems
PO Box 1782
Mount Dora, FL 32756

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $27,500.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.133 Nonpriority creditor's name and mailing address**
Ruster's Masonry Group LLC
100 Fair Wind Ct
Fayetteville, GA 30215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,644.75

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134 Nonpriority creditor's name and mailing address**
Saige Enterprises
4818 Hill Rd
Powder Springs, GA 30127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $31,069.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.135 Nonpriority creditor's name and mailing address**
Samuel Reyes Construction
3317 LaPrad Circle
Gainesville, GA 30507

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,324.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.136 Nonpriority creditor's name and mailing address**
Senneca Holdings
11502 Century Blvd
Cincinnati, OH 45246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,797.41

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** critical vendor/trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.137 Nonpriority creditor's name and mailing address**
Silverstar Construction
PO Box 69
Buford, GA 30515

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,190.85

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.138 Nonpriority creditor's name and mailing address**
Sniya Enterprises, LLC
3501 Salem Rd.
Covington, GA 30016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.139 Nonpriority creditor's name and mailing address**
Southern Wall Specialties Inc
918 Saint Johns Ave
Green Cove Springs, FL 32043

**Date(s) debt was incurred** 7/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,624.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.140 **Nonpriority creditor's name and mailing address**
Staff Zone
PO Box 890722
Charlotte, NC 28289-0722
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $539.76
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
Suncoast Paving Inc
800 Anclote Road
Tarpon Springs, FL 34689
**Date(s) debt was incurred** 10.31.2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $35,624.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☐ No ☒ Yes

3.142 **Nonpriority creditor's name and mailing address**
Superior Drywall Solutions
1061 Five Oaks Ct
Powder Springs, GA 30127
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** critical vendor/trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
Synergy Rents LLC
10117 Princess Palm Ave
Ste 500
Tampa, FL 33610
**Date(s) debt was incurred** 2/10/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $13,998.42
☐ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
T Rock Flooring LLC
PO Box 254
Talking Rock, GA 30175
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,831.80
☒ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
Tal-Kno Building Products
1077 Fred Drive, Ste D
Morrow, GA 30260
**Date(s) debt was incurred** 10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $41,204.00
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**
Terrapin Business Funding LLC
411 W Putnam Ave
Suite 220
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $48,076.92
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ☒ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
Terrapin Business Funding LLC
411 W Putnam Ave
Suite 220
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,841.24
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.148 **Nonpriority creditor's name and mailing address**
Thombley & Simmons, PC
78 Cole St NE
Suite 200
Marietta, GA 30060
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** accounting services
Is the claim subject to offset? ☒ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
Tommy Bennett
dba Curb Appeal of Georgia
4335 Highway 53, Ste 103
Hoschton, GA 30548
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,684.86
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ☒ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
TRB Supply Inc
1223 County Rd 50
Collinsville, AL 35961
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,265.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
Trico Painting
PO Box 731
Trenton, GA 30752
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,371.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
Turnipseed International
7030 Meadowlark Dr
Suite H
Birmingham, AL 35242
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,468.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.153 **Nonpriority creditor's name and mailing address**
United Steel Fabrication
PO Box 91
Fyffe, AL 35971
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,093.28
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
Universal Roofing and Construction LLC
4226 Hamilton Rd
Buford, GA 30519
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $74,152.80
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
USA Waterproofing
235 Carothers St
Charlotte, NC 28216
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.156 Nonpriority creditor's name and mailing address**
Verdin Masonry
474 Gray Hill Rd
West Point, GA 31833

**As of the petition filing date, the claim is:** *Check all that apply.* $5,800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.157 Nonpriority creditor's name and mailing address**
Viking Plumbing LLC
944 Justin Dr
Winder, GA 30680

**As of the petition filing date, the claim is:** *Check all that apply.* $5,300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.158 Nonpriority creditor's name and mailing address**
Viridian Electrical Construction LLC
5304 S Florida Ave
Lakeland, FL 33813

**As of the petition filing date, the claim is:** *Check all that apply.* $27,657.00

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** critical vendor/trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.159 Nonpriority creditor's name and mailing address**
Waste Away Express
PO Box 98
Cornelia, GA 30531

**As of the petition filing date, the claim is:** *Check all that apply.* $215.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.160 Nonpriority creditor's name and mailing address**
Waste Eliminator
514 Main St
Gainesville, GA 30501

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** critical vendor/trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.161 Nonpriority creditor's name and mailing address**
WCS
PO Box 398
Jonesboro, GA 30237

**As of the petition filing date, the claim is:** *Check all that apply.* $28,400.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.162 Nonpriority creditor's name and mailing address**
Wex Bank
1 Hancock Street
Portland, ME 04101

**As of the petition filing date, the claim is:** *Check all that apply.* $9,142.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** gas card
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.163 Nonpriority creditor's name and mailing address**
White Cap
2451 Industry Ave
Atlanta, GA 30360

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Trade debt
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.164** **Nonpriority creditor's name and mailing address**
Willcan Inc dba Basic Ready Mix
33 Riverside Dr SE
Rome, GA 30161

**Date(s) debt was incurred** 10.08.2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $227,169.03

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**
WILLSCOTT
PO Box 91975
Chicago, IL 60693-1975

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,664.70

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**
Wise Environmental Solutions
PO Box 1061
Trussville, AL 35173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $85.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.167** **Nonpriority creditor's name and mailing address**
Wormley Brothers Enterprises Inc
3017 Summer Oak Place
Buford, GA 30518

**Date(s) debt was incurred** 3/18/2026

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,491.89

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**
Yellow Hammer
2803 Greystone Commercial Blvd
Suite 18
Birmingham, AL 35242

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,031.10

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**
Zters Inc
13727 Office Park Dr
Houston, TX 77070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Anthony Perrotta, Esq.<br>Perrotta Johnson & Moore<br>222 E. Main Street<br><br>Cartersville, GA 30120 | Line 3.149<br>☐ Not listed. Explain ___ | _ |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | Antonio Jaimes, Esq<br>PO Box 3626<br>Deland, FL 32721 | Line 3.83<br>☐ Not listed. Explain ___ | – |
| 4.3 | B-Power Solutions Inc<br>17622 Shadyside Circle<br>Lutz, FL 33549 | Line 3.15<br>☐ Not listed. Explain ___ | – |
| 4.4 | Brandon Shurley<br>dba BDS Lanscape Co<br>61 Doyle Road<br>Lindale, GA 30147 | Line 3.19<br>☐ Not listed. Explain ___ | – |
| 4.5 | Bryan Nichols, Esq<br>Walding LLC<br>2227 First Ave S, Ste 100<br>Birmingham, AL 35233 | Line 3.97<br>☐ Not listed. Explain ___ | – |
| 4.6 | C&C Asphalt and Concrete Construction<br>5498 AL Highway 79S<br>Guntersville, AL 35976 | Line 3.25<br>☐ Not listed. Explain ___ | – |
| 4.7 | CapMen LLC<br>2307 W. Sligh Ave<br>Tampa, FL 33604 | Line 3.26<br>☐ Not listed. Explain ___ | – |
| 4.8 | Catherine Bolger, Esq<br>McCorkle Johnson & McCoy LLP<br>319 Tattnall Street<br>Savannah, GA 31401 | Line 3.143<br>☐ Not listed. Explain ___ | – |
| 4.9 | Charles A Burkhart, Esq<br>Blach & Bingham LLP<br>1901 Sixth Ave N, Ste 1500<br>Birmingham, AL 35203 | Line 3.24<br>☐ Not listed. Explain ___ | – |
| 4.10 | Charles A Burkhart, Esq<br>Blach & Bingham LLP<br>1901 Sixth Ave N, Ste 1500<br>Birmingham, AL 35203 | Line 3.14<br>☐ Not listed. Explain ___ | – |
| 4.11 | Curb Appeal of GA<br>145 Towne Center Pkwy #13<br>Hoschton, GA 30548 | Line 3.149<br>☐ Not listed. Explain ___ | – |
| 4.12 | Don a Leviton, Esq<br>Leviton Law Firm ltd<br>One Pierce Place, Ste 725W<br>Itasca, IL 60143 | Line 3.77<br>☐ Not listed. Explain ___ | – |
| 4.13 | EPI Inc<br>1041 Highway 52<br>Helena, AL 35080 | Line 3.53<br>☐ Not listed. Explain ___ | – |
| 4.14 | Everest Business Funding<br>12496 NW 25th Street<br>Miami, FL 33182 | Line 3.55<br>☐ Not listed. Explain ___ | – |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | Gordon, Dana & Gilmore LLC<br>600 University Park Place, Ste 100<br>Birmingham, AL 35209 | Line 3.25<br>☐ Not listed. Explain ___ | – |
| 4.16 | Gregory D. Jay Esq.<br>Chandler Britt & Jay<br>4350 South Lee Street<br>Buford, GA 30518 | Line 3.113<br>☐ Not listed. Explain ___ | – |
| 4.17 | Harold Hahn, Esq<br>Hahn Law LLC<br>1695 Sanie Rd<br>Odenville, AL 35120 | Line 3.110<br>☐ Not listed. Explain ___ | – |
| 4.18 | Inpro<br>PO Box 720<br>Muskego, WI 53150 | Line 3.77<br>☐ Not listed. Explain ___ | – |
| 4.19 | James W. Hays, Esq<br>3945 Holcomb Bridge Rd, Ste 300<br>Peachtree Corners, GA 30092 | Line 3.85<br>☐ Not listed. Explain ___ | – |
| 4.20 | Jon-Kuke Hawk, Esq<br>Lindsey &Lacy PC<br>200 Westpark Drive, Ste 280<br>Peachtree City, GA 30269 | Line 3.145<br>☐ Not listed. Explain ___ | – |
| 4.21 | JYC Construction<br>190 Dickie Lane<br>Pierson, FL 32180 | Line 3.83<br>☐ Not listed. Explain ___ | – |
| 4.22 | Kevin S. Dale, Esq<br>Flatt & Dale PC<br>5555 Glenridge Connector, Ste 200<br>Atlanta, GA 30342 | Line 3.88<br>☐ Not listed. Explain ___ | – |
| 4.23 | Kirkpatrick Conrete<br>2000 A Southbridge Parkway<br>Suite 610<br>Birmingham, AL 35209 | Line 3.85<br>☐ Not listed. Explain ___ | – |
| 4.24 | Mark Husted, Esq<br>Hendrick Phillips Salzman & Siegel PC<br>2100 Riveredge Pkwy, Ste 1150<br>Atlanta, GA 30328 | Line 3.121<br>☐ Not listed. Explain ___ | – |
| 4.25 | Marvin Pastel, Esq<br>Winter Capriola Zenner<br>One Securities Center<br>3490 Piedmont Rd NE, Ste 800<br>Atlanta, GA 30305 | Line 3.27<br>☐ Not listed. Explain ___ | – |
| 4.26 | Meredith<br>3296 Cahaba Heights Rd<br>Birmingham, AL 35243 | Line 3.97<br>☐ Not listed. Explain ___ | – |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.27 | Michael Serrano, Esq.<br>Serrano Law<br>25275 Wesley Chapel Blvd<br>Lutz, FL 33559 | Line 3.26<br>☐ Not listed. Explain ____ | – |
| 4.28 | Richard M. Howe, Esq<br>Howe & Associates Law Offices<br>4385 Kimball Bridge Rd<br>Alpharetta, GA 30022 | Line 3.125<br>☐ Not listed. Explain ____ | – |
| 4.29 | Robert D Thomas, Esq<br>201 Gateway Drive<br>Canton, GA 30115 | Line 3.109<br>☐ Not listed. Explain ____ | – |
| 4.30 | Synergy<br>Mail Code 5640<br>PO box 71200<br>Charlotte, NC 28272-1200 | Line 3.143<br>☐ Not listed. Explain ____ | – |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 111,058.14 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,093,943.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,205,001.83 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name Huck Construction & Development Corp Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 2:26-bk-21478

☒ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Gail Dorris | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | American Express | ☐ D<br>☒ E/F 3.10<br>☐ G |
| 2.2 | Gail Dorris | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | Home Depot Credit Card | ☐ D<br>☒ E/F 3.73<br>☐ G |
| 2.3 | John Roberts | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | Headway Capital LLC | ☒ D 2.3<br>☐ E/F<br>☐ G |
| 2.4 | John Roberts | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | Citizens Bank of Georgia | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.5 | John Roberts | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | Square Advance | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.6 | John Roberts | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | Terrapin Business Funding LLC | ☐ D<br>☒ E/F 3.146<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | John Roberts | 2095 Wilkie Rd<br>Alpharetta, GA 30004 | Terrapin Business Funding LLC | ☐ D<br>☒ E/F 3.147<br>☐ G |
| 2.8 | John Roberts | | Terrapin Business Funding LLC | ☐ D<br>☒ E/F 3.147<br>☐ G |
| 2.9 | Sniya Enterprises, LLC | 3501 Salem Rd.<br>Covington, GA 30016 | Tommy Bennett | ☐ D<br>☒ E/F 3.149<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Georgia**

In re Huck Construction & Development Corp Inc — Debtor(s)

Case No. 2:26-bk-21478
Chapter 11

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 4, 2026

/s/ John Roberts
John Roberts/CEO
Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Anthony Perrotta, Esq.
Perrotta Johnson & Moore
222 E. Main Street
Cartersville, GA 30120

CT Corp, as representative
ATTN:SPRS
330 N. Brand Blvd, ste 700
Glendale, CA 91203

Curb Appeal of GA
145 Towne Center Pkwy #13
Hoschton, GA 30548

Don Beckwith
Diversified Designs & Finishes
4917 Day Lily Way NW
Acworth, GA 30102

Libertas Funding LLC
411 W. Putnam Ave, Ste 220
Greenwich, CT 06830

Tommy Bennett
dba Curb Appeal of Georgia
4335 Highway 53, Ste 103
Hoschton, GA 30548

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

IN RE: :
HUCK CONSTRUCTION & DEVELOPMENT CORP INC : CASE NO: 26-21478-JRS
Debtor : CHAPTER 11

CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing AMENDMENT on the trustee and all parties listed below and those on the attached sheet by depositing a true and complete copy of the same in the United States Mail, with adequate postage thereon:

David Weidenbaum, US Trustee office
362 Richard B. Russell Building
75 Ted Turner Drive
Atlanta GA 30303

Huck Construction & Development Corp
4920 Atlanta Highway, Ste 142
Alpharetta, GA 30004

Curb Appeal of GA
145 Towne Center Pkwy #13
Hoschton, GA 30548

Don Beckwith
Diversified Designs & Finishes
4917 Day Lily Way NW
Acworth, GA 20102

Anthony Perrotta, Esq
Perrotta Johnson & Moore
222 E. Main Street
Cartersville, gA 30326

CT Corp, as representative
ATTN: SPRS
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

Libertas Funding LLC
411 W. Putnam Ave, Ste 220
Greenwich, CT 06830

Tommy Bennett
Dba Curb Appeal of Georgia
4335 Highway 53, Ste 103
Hoschton, GA 30548

This 4 day of November 2026

/s/ IAN M. FALCONE
Ian M. Falcone
Attorney for Debtor
Georgia Bar No. 254470

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com